## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 19, 2014

Mr. James K. Fett
Fett, Roumel & Fields
805 E. Main Street
Pinckney, MI 48169

Mr. Gary T. Miotke
Law Office
6828 Park Avenue
Allen Park, MI 48101

          Re: Case No. 14-2476, *Walter Aston v. Tapco International Corp, et al*
              Originating Case No. : 2:12-cv-14467

Dear Counsel:

   This appeal has been docketed as case number **14-2476** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 3, 2014**.

          Appellant:   Appearance of Counsel
                          Civil Appeal Statement of Parties & Issues
                          Transcript Order
                          Disclosure of Corporate Affiliations
                          Application for Admission to 6th Circuit Bar (if applicable)

    Appellee:    Appearance of Counsel
                      Disclosure of Corporate Affiliations
                      Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7014

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 14-2476

WALTER L ASTON

      Plaintiff - Appellant

v.

TAPCO INTERNATIONAL CORPORATION; CHERYL BRISSON; BETH SHERMAN; DAVE ULMER

      Defendants - Appellees